Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Northwestern Division

Jasmine Myrick,

      Petitioner,

vs.

Vance Gillette and Three Affiliated Tribes,

      Respondents.

JUDGMENT IN A CIVIL CASE

Case No.  4:10-cv-064

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on September 23, 2010, the matter is dismissed without prejudice.

Date: September 23, 2010

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Svihl, Deputy Clerk*